AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

TIMOTHY W. BRACCINI

**SUMMONS IN A CIVIL CASE**

V.

METRO-NORTH COMMUTER RAILROAD

CASE NUMBER:

07 CV 2997

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel
Rudolph V. DeGeorge, II, Esquire
Barish Rosenthal
1717 Arch Street, Suite 4020, Phila., PA 19103

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

APR 1 6 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                    Signature of Server

                                                            _____
                                                            Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
TIMOTHY W. BRACCINI              :   CIVIL ACTION
     *Plaintiff*             :
  - vs-                             :
                                         :   JURY TRIAL DEMANDED
METRO-NORTH COMMUTER     :
RAILROAD                              :   **COMPLAINT**
     *Defendant*          :
-------------------------------------------------------- x

    The plaintiff by and through his attorneys, MICHAEL H. ZHU, ESQ., and BARISH ◆ROSENTHAL, Plaintiff, Timothy W. Braccini claims of the defendant a sum in excess of One Hundred Thousand ($100,000.00) Dollars in damages, plus costs and disbursements, upon a cause of action whereof the following is a statement:

    1.    Plaintiff, Timothy W. Braccini, is a citizen and resident of Wingdale, New York 12594.

    2.    Defendant, Metro-North Commuter Railroad, at all times herein mentioned, was a corporation duly organized and existing according to law, engaged and engaging in the business of owning and operating a line and systems of railroads and railroad properties as a common carrier by railroad of goods and passengers for hire in interstate commerce, and transportation in, through and between various and several states of the United States, and doing business and having an office in the City of New York, State of New York.

    3.    Plaintiff, at all times mentioned and for sometime prior thereto, was in the employment of the defendant as a third railman in its business of interstate commerce and transportation by railroad.

    4.    This action is brought under the Federal Employers' Liability Act, 45 U.S.C.A.,

§51-60.

5.     On or about April 24, 2004, at defendant's North White Plains Yard, New York, plaintiff was caused to suffer personal injuries during the course and scope of his employment with defendant.

6.     At the said time, defendant was guilty of the following acts of negligence and unlawful conduct which directly and proximately caused the accident and injuries in questions:

(a)    failing to use ordinary care to furnish plaintiff with a reasonably safe place to work and to perform the duties of his employment by failing to provide plaintiff with the proper tools and/or equipment necessary to safely perform such duties;

(b)    failing to properly maintain, inspect and repair such tools and/or equipment which plaintiff was required to use in the course and scope of his employment to ensure that same were reasonably safe to use and in good working condition;

(c)    failing to provide plaintiff with proper tools and equipment to perform his job without risk of injury.

7.     The injuries in question were caused solely by the negligence of defendant's servants, agents and/or employees and were in no way caused by any negligence of plaintiff.

8.     As a direct and proximately result of defendant's negligence and unlawful conduct, plaintiff was caused to suffer personal injuries.

WHEREFORE, plaintiff demands judgment against the defendant in an amount in excess of One Hundred Thousand ($100,000.00) Dollars, plus costs and disbursements incurred herein.

                                                   **MICHAEL H. ZHU, Esq.**

by: _[signature]_

                                                   Michael H. Zhu [MHZ7500]

                                                   Attorney for the Plaintiff

                                                   14 Wall Street Street, 22nd Floor
                                                   New York, NY 10005
                                                   212-227-2245
                                                   212-227-2265(fax)

OF COUNSEL:
BARISH ◆ ROSENTHAL

RUDOLPH V. DeGEORGE, II, ESQUIRE
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pennsylvania 19103
215 923-8900
215 351-0593- fax

## VERIFICATION

The undersigned, having read the attached pleading, verifies that the within pleading is based on information furnished to counsel, which information has been gathered by counsel in the course of this lawsuit. The language of the pleading is that of counsel and not of signer. Signer verifies that he has read the within pleading and that it is true and correct to the best of signer's knowledge, information and belief. To the extent that the contents of the pleading are that of counsel, verifier has relied upon counsel in taking this verification. This verification is made subject to the penalties of the Rules of Court relating to unsworn falsification to authorities.

*Timothy W. Br[...]*

Dated: 2/7/07

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21 DAY OF FEB 2007
BY TIMOTHY BRACCINI

_____
NOTARY PUBLIC

DANIEL JOSHUA ROSENBERGER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RO6136010
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES OCT. 31, 2009

| Index No. | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY W. BRACCINI,

                              Plaintiff,

    -against-

METRO-NORTH COMMUTER RAILROAD,

                              Defendant.

## VERIFIED COMPLAINT

MICHAEL H. ZHU, ESQ.

*Attorneys for Plaintiff Timothy W. Braccini*

*Office and Post Office Address, Telephone*

14 WALL STREET, 22ND FLOOR
NEW YORK, N.Y. 10005
(212) 227-2245

To                                                       Signature (Rule 130-1.1-a)

                                                               ...............................................
                                                                Print name beneath

Attorney(s) for

Service of a copy of the within                                             is hereby admitted.

Dated,                                                     ...............................................
                                                      Attorney(s) for

Please take notice

☐ **NOTICE OF ENTRY**
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**
that an order                         of which the within is a true copy will be presented for
settlement to the HON.                                       one of the judges
of the within named court, at
on                        at                            M

Dated,                                                   Yours, etc.
                                                  MICHAEL H. ZHU, ESQ.
                                                  *Attorneys for plaintiff Timothy W. Braccini*
To                                                     *Office and Post Office Address*
                                                    14 WALL STREET, 22ND FLOOR
Attorney(s) for                                     NEW YORK, N.Y. 10005