AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TIMOTHY W. BRACCINI

**SUMMONS IN A CIVIL CASE**

V.

METRO-NORTH COMMUTER RAILROAD

CASE NUMBER:

07 CV 2997

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

Metro-North Commuter Railroad
347 Madison Avenue
New York, New York 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Zhu, Esquire
14 Wall Street, 22nd Floor
New York, New York 10005

of counsel
Rudolph V. DeGeorge, II, Esquire
Barish Rosenthal
1717 Arch Street, Suite 4020, Phila., PA 19103

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

APR 1 6 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 04/25/2007 10:48AM  07CV2997 |
| NAME OF SERVER (PRINT) Juan Pereira | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ G  Other (specify): Metro-North Commuter Railroad 347 Madison Avenue NY NY 10017  Accepted by Anna Venotsanos, Senior Admin. Female/Brown/Black Hair/Approx. 36-50 yrs old/Approx 5'4"-5'8"/Approx. 131-160 lbs

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 04 25 2007 10 48AM
Date

Signature of Server

Juan Pereira
Woodside, NY 11377
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.