UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY W. BRACCINI,

                Plaintiff,

  -against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

07 Civ. 2997 (SAS)

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation.  (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992)).

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated: New York, New York          RICHARD K. BERNARD
       May 15, 2007                    GENERAL COUNSEL

                                   BY:____S/_____
                                      José R. Rios  - JRR-5785
                                      Attorneys for Defendant
                                      347 Madison Avenue
                                      New York, New York  10017
                                      (212) 340-2537