```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07
```

RECEIVED
CHAMBERS OF
JUN 2 6 2007
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TIMOTHY W. BRACCINI

                Plaintiff,

    -against-

METRO NORTH COMMUTER RAILROAD

               Defendant.
-------------------------------------------------------X

07-CV-2997 [SAS]

**ORDER FOR
ADMISSION
PRO HAC VICE**

AND NOW, this 26 day of June, 2007 upon consideration of Mr. Michael H. Zhu, Esq.'s letter application dated June 25, 2007, to admit Mr. Rudolph V. De George, Esq., Pro Hac Vice, pursuant to this Court's Individual Rules and Practices and any response thereto, said Motion is GRANTED.

BY THE COURT:

_____
U.S.D.J.

6/26/07