7/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
TIMOTHY W. BRACCINI      :
        *Plaintiff*      :
  - vs-      :
        :      07 Civ. 2997 (SAS)
METRO-NORTH COMMUTER      :
RAILROAD      :      **SCHEDULING ORDER**
        *Defendant*      :
------------------------------------------------------ x

    WHEREAS, the Court issued an Order for a conference in accordance with Fed. R. Civ. P.16(b) on July 2, 2007 (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

    1). The date of the conference and the appearances for the parties;

    July 2, 2007; Rudolph V. DeGeorge, II, Esquire for plaintiff, Michael H. Zhu, Esquire for plaintiff; Jose R. Rios, Esquire for defendant.

    2). A concise statement of the issues as they then appear;

    Whether defendant was negligent; whether defendant's negligence caused in whole or in part plaintiff's injuries; whether plaintiff was contributorily negligent; whether plaintiff's negligence was a proximate cause of his own injuries.

    3). A schedule including:

        a). The names of persons to be deposed and a schedule of planned depositions;

    Plaintiff, Timothy Braccini; Ray Schrader; Edward Coppa; Angelo Golino; R. Weiss; no later than September 30, 2007.

        b). A schedule for the production of documents;

    No later than August 31, 2007.

        c). Dates by which (i) each expert's report will be supplied to the adverse side and (ii) each expert's deposition will be completed;

      (i) plaintiff's expert's reports regarding liability no later than October 15, 2007; defendant expert's report no later than November 4, 2007;
      (ii) expert depositions to be completed no later than November 30, 2007.

  d) Time when discovery is to be completed;

    November 2, 2007.

  e) The date by which plaintiff will supply its pre-trial order matters to defendant;

    December 31, 2007.

  f) The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

    January 15, 2008

  g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled by the Court at the conference.

    _Jan. 29 at 4:30_

  4). A statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

    Not applicable.

  5). A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

    Not applicable.

  6). Anticipated fields of expert testimony, if any;

    Liability, damages (medical)

  7). Anticipated length of trial and whether to court or jury;

    3-4 days; jury

    8). A statement that the Scheduling Order may be altered or amended only on a showing or good cause no foreseeable at the time of the conference of when justice so requires;

    The Scheduling Order may be altered or amended only on a showing of cause not foreseeable at the time of the conference, or when justice so requires.

    9). Names, addresses, phone numbers and signatures of counsel;

**Attorney for Plaintiff**

*/s/ signature*

Rudolph V. DeGeorge, II, Esquire
Barish/Rosenthal
Bell Atlantic Tower
1717 Arch Street, Suite 4020
Philadelphia, Pennsylvania 19103
telephone 215-923-8900

**Attorney for Plaintiff**

Michael Zhu, Esquire
14 Wall Street, 22nd Floor
New York New York 10005
telephone 212-227-2245

**Attorney for Defendant**

*/s/ signature*

~~Jose R. Rios, Esquire~~ JOANH WENCHELL
347 Madison Avenue
New York, New York 10017
telephone 212-340-3000

SO ORDERED:

*/s/ signature*

Shira A. Scheindlin
U.S.D.J.

7/2/08