UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
 :
TIMOTHY W. BRACCINI,
 :
            Plaintiff,
 :
    -against-
 :
METRO-NORTH COMMUTER
RAILROAD,                :
            Defendant.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07

**ORDER OF DISCONTINUANCE**

07 Civ. 2997 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             October 1, 2007

- Appearances -

**For Plaintiff:**

Rudolph V. DeGeorge, II, Esq.
Barish Rosenthal
Bell Atlantic Tower
1717 Areh Street, Suite 4020
Philadelphia, PA 19103
(215) 923-8900

**For Defendant:**

Ioana Wenchell, Esq.
347 Madison Avenue
New York, NY 10017
(212) 340-3000